```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ANTHONY MEDINA, ET AL.,            :
                                   :
               Plaintiffs,         :     ORDER
                                   :
     - v. -                        :
                                   :
BRIAN FISCHER, ET AL.,             :
                                   :
               Defendants.         :
-----------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

On March 29, 2013, Magistrate Judge Cott issued a Report and Recommendation denying non-party Martin Hodge's ("Hodge") motion to intervene [dkt no. 136].[1] Objections to that Report and Recommendation were due on April 12, 2013. Having received no objections and finding Judge Cott's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.[2]

SO ORDERED.

Dated:     New York, New York
           June 13, 2013

                                   _____
                                   LORETTA A. PRESKA, Chief U.S.D.J.

---

[1] Hodge also moved for appointment of counsel and for permission to proceed in forma pauperis. Because his motion to intervene is denied, those requests are moot.

[2] As noted in the Report and Recommendation, the denial of Hodge's motion to intervene is without prejudice to Hodge's right to pursue any of his claims in a separate action.